Read It Here Now! 

Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™

By consumers, for consumers...



Don't let them get away with it.® Let the truth be known!™



Ripoff Report Verified Business Directory™

Ripoff Report verified & safe ...businesses you can trust!

See It Now

| Home | Help | | | | | | Register to File a Report | Login |

- Total Visits since 1998: **8,869,562,232**   - Estimated money Consumers saved since 1998: **$15,521,733,906.63**
- Reports filed: **1,827,928**

| FILE A REPORT | Update a Report | Latest Reports | Consumer Resources | Consumers Say Thank You | Legal Directory | Repair your reputation the right way Corporate Advocacy | SEARCH |

- Review Latest Reports   - Advanced Search   - Browse
- Ripoff Report protects consumers first amendment right to free speech   Categories

y at n.com

Privacy Information

Report: #1122669

## Complaint Review: Alan Trudeau

**Related Reports**

Alan English/Stroll email placed order on internet

ALAN TRUDEAU, ACTORS WORKSHOPS, ALAN JOSHEP TRUDEAU, TRE PHOTO SHOOTING ALAN TRUDEAU IS A EXTORICIDNIST, FRAUD AND ONLY WANTS YOUR MONEY! IS A SCAM! DONT TRUST IN THIS MEN! ONLY WANTS SEX WITH YOUNG INDIAN GIRLS Cupey Internet

Judge Alan Scheinkman mental drunk womanizer cradle rapist who did this retard got elected who did he pay of $$$$ white plains New York

UNISERV POOLS LLC Alan Rude, uncaring, disinterested, unconcerned and uninvolved Ft. Lauderdale Florida

Alan Cade EMBEZZLES FROM DACM Ruled on BY THE COURT ON MAY 23, 2014 in Burbank California

G3 Carbon, LLC Alan Eosso, Jr. I paid for custom carbon fiber car parts that were never received. Business stopped communicating. Pompano Beach Florida

Better Business Bureau or Buyer Better Beware? BBB .. Nationwide Alert!   THE FOX GUARDING THE HEN HOUSE  *UPDATE December 2010   The Better Business Bureau current grading system inaccurate, bias, faulty, fraud to consumers, FTC should be investigating  - BBB is a non-profit / Franchise that should be closed

- Submitted: Mon, February 10, 2014   - Updated: Mon, May 05, 2014
- Reported By: BoicotAlanTrudeau — Caguas Alabama

- **Alan Trudeau**
  Condado, Puerto Rico
  Nationwide
  Puerto Rico

- Phone:
- Web: www.facebook.com/alan.trudeau2
- Category: Modeling Schools



Alan Trudeau Alan Trudeau, A.T. Fashion Models and Talents, Alan J. Trudeau Boicot Alan Trudeau with Group of talents, adults, fathers, mothers, actors, singers, models, dancers Alan Trudeuau is a SCAM? Condado Nationwide

Like 0    8+1   Tweet 0

**REBUTTAL BOX™ | Respond to this Report!**

| Add Rebuttal to this Report | ? |
| Aribitrate & Set Record Straight | |
| File New Report | ? |
| Repair Your Reputation | ? |





Quickly File a Legal Name Change

Change Your Name

Ripoff Report verified

LEGALCENTRAL  Faster, Better, Legal Solutions for Less

Ripoff Report verified businesses you can trust!

Advertisers above have met our strict standards for business conduct.

down by the Federal Trade Commission for defrauding members...BBB... of Better Business Bureaus containing more than 100 privately owned franchises loosely controlled by the Council of the Better Business Bureau (CBBB) Nationwide Internet Canada *UPDATE: April 2011.. abc 20/20 exposes the BBB, Tenor Group Gets 'A' Rating From Better Business Bureau, business owners nationwide say BBB is running a pay for play scheme in which A plus ratings are awarded to those who pay membership fees, and F ratings used to punish those who don't. Nationwide Internet Canada

Metcalf's Trading Post/Alan Metcalf Metcalf's Trading Post Sold Me Mislabeled Bags Grass Seed Ruined my Lawn - Not Accountable Cornish Maine

John Burgess JBRentsFL.com or Florida Data Publishing or John Burgess Jr. or John Burgess Sr., Richard Waters or Alan Siscone ,the same person. Stop John Burgess This posting is to warn anyone thinking about doing business with JBRentsFL.com or Florida Data Publishing or John Burgess Jr. or John Burgess Sr., Richard Waters or Alan Siscone ,the same person. Tampa Florida

Alan Rudt ImprovEducation Didn't pay the work I have done. VA beware of this individual, founder of improveducation.org, linkedin.com/in/alanrudt. Executive Director of Educational Partnerships for The Princeton Review, Houghton Mifflin Harcourt Educational Consultant. New York New York

SPANISH:

ALAN TRUDEAU ES UN SCAM?
¿ Es REAL o un Engaño a jovenes y padres ? Juzgue por su propia voluntad!

Hacemos referencia de un individuo que ha robado el dinero y la ilusión de miles de talentos (actores, modelos, cantantes y bailarines) hace mas de 10 años. Una persona de dos caras que intenta ser un buen samaritano por fanatismo no vemos la realidad. Estoy hablando del supuesto actor/modelo y agente de talentos Alan Trudeau, quien promete a talentos ir a IMTA (International model and talent asociation), con el costo de 7,000 dólares, y presiona, y amenaza a los talentos que paguen esa cantidad rápidamente para satisfacer sus necesidades sino los bota y les menciona que IMTA es una sola vez, cosa que es mentira. [continued below]....

← Is thi Read It Here Now!

**Ripoff Report** About you?

**Ripoff Report** A business' first line of defense on the Internet.

If your business is willing to make a commitment to customer satisfaction **Click here now..**

Does your business have a bad reputation?
Fix it the right way.
Corporate Advocacy Program™
SEO Reputation Management at its best!



**Report Attachments:**

 

.....

PRIMERO: Cosa que IMTA no cuesta $7,000 dólares. Cuesta ni la mitad. Las competencias son a $85, hotel le dan un descuento súper barato. El dinero de IMTA se paga cuando se registra la semana que se viaja. Sabemos que esto es un negocio pero esto es un costo ridículo. **Toda esta información fue sacada de padres que investigaron y preguntaron a personal oficial.

SEGUNDO: ¿FOTOS CON ARTISTAS DE HOLLYWOOD? Este publicó fotos con artistas de hollywood (angelina Jolie, Will Smith en etc) que son falsas para hacerse el mas importante en PR. en la industria. Esas fotos tu te las haces en hollywood boulevard. Otro engaño para los jóvenes De esto hay pruebas haz un google search y encontraras toda la gente que tiene esa mismas fotos.

TERCERO: ¿SHOOTINGS GRATIS? OJO CHICAS! Regala shootings por que no le queda de otra. Nadie compra sus fotos. Busca nenas indias porque le gustan y termina pidiendo fotos desnudas para acostarse con ellas.

CUARTO: ¿QUIEN REALMENTE ES ALAN TRUDEAU? Empezó como actor y modelo. A trabajado en varias peliculas pero siempre lo hemos visto como "EXTRA" nunca lo vemos hablando en las peliculas que sale. Toda su carrera fue hecha en Puerto Rico. ¿Su preparación? Nunca fue a la escuela. Imaginate que sus fotos son tan in-profesionales que no las sabe retocar bien. Vemos fotos vulgares ¿Actor de hollywood? Por dios!!! ES UN ACTOR Y MODELO FRUSTRADO!! Que busca que la gente lo acepte. Todo es su nombre!! Y su nombre ni es reconocido en la

**Featured Ripoff Reports**



**Ben Smith Sac County Iowa Attorney** prosecutorial misconduct, improper relationship with star witnesses, allowing witnesses to knowingly lie. Tracey Richter Roberts falsely convicted, overwhelming evidence leads to estranged husband Michael Roberts, Rexxfield failed polygraph, witness intimidation, evidence tampering. Iowa Division of Criminal Investigation corruption.

The New "Digital Extortion" Is there a Ripoff Report on you?





**Reputation Management SEO WARNING!**



BBB: What consumers need to know
Terror Group Gets 'A' Rating From Better Business Bureau?
20/20 exposes the real BBB

**Past Featured Reports**

**Ripoff Reports**



SA Country Properties Hans Post Hans Post a fraud grabouw western cape



Quinnipiac University Quinnipiac University, Jonathan Topaz, Politico, Quinnipiac Bobcats, Quinnipiac, Quinnipiac Poll, Jonathan Topaz Fraud, Jonathan Topaz deception, Jonathan Topaz fake, Jonathan Topaz sham, Jonathan Topaz charlatan, Jonathan Topaz phony, Jonathan Topaz con Quinnipiac University Quinnipiac University, Jonathan Topaz, Politico, Quinnipiac Bobcats, Quinnipiac, Quinnipiac Poll, Jonathan Topaz Fraud, Jonathan Topaz deception, Jonathan Hamden Connecticut



PIC Construction / EPCON Construction REVIEW
Customer Satisfaction Commitment. PIC Construction dba EPCON Construction is dedicated to 100% customer satisfaction. PIC Construction dba EPCON Construction has cultivated strategic processes ensuring clients' success, focusing on creating solutions maximizing clients' expectations in projects & ventures. *UPDATE: Recognized by Ripoff Report Corporate Advocacy Program as a safe business service – PIC Construction dba EPCON Construction pledges to always resolve any issues, feel safe, confident & secure when doing business with PIC Construction dba EPCON Construction, recognized by Ripoff Report Verified™ as a safe business service.



Angichili Took my money and did not deliver merchandise Revere Massachusetts



Lillie Geri Schleicher Geri Schleicher

industria!!! Solo como el pillo mas grande de dinero r... Read It Here Now! Puerto Rico. Una gran lastima. Siempre se hace la victima!!! NO SE LLEVEN POR FANATISMO. Un agente de talentos no hace eso.

QUINTO: ¿Que pasa con los talentos luego de IMTA? Muchos se mudan a fuera por su propia voluntad. Como agente nunca le da seguimiento solo piensa en mas y mas talentos que caigan de BOBOS!! Gran lastima.

SEXTO: "SOLO GANO DINERO SI HAY CONTRATO" : FALSO. GANA DESDE EL PRIMER MOMENTO QUE LE PAGAS.

SE PUEDE CONFIAR EN UN INDIVIDUO QUE HACE ESTAS COSAS Y NO ES JUSTO. SE HAN PUESTO A PENSAR SI SUS DOCUMENTOS ¿SON OTRA MENTIRA Y MONTAJE? FANATISMO ESTA BIEN PERO REALIDAD ES OTRA. IMTA SI ES UNA EXPERIENCIA PARA TALENTOS Y PADRES PERO NO CUESTA ESA CANTIDAD!! MILES DE PADRES TIENEN QUE VENDER SUS COSAS HACER MILES DE SACRIFICIOS SABIENDO QUE TIENEN HASTA EL VIAJE PARA PAGAR. ES UN ABUSO.

Es importante que hagan la alerta de esto para que la gente no caiga de bobos y se pueda realizar un boicot ante este individuo que ha robado la ilusión de miles de personas. No podemos permitir que gente así mentirosa, y estafadora dañe la ilusión de nuestros jóvenes. Su website es visto por todo el mundo, se le agradecera la alerta al pueblo de PR.

EN ESTE MENSAJE HAY VARIAS PRUEBAS EN FOTOS: DE LOS COSTOS DEL HOTEL ORIGINAL/ OTRAS AGENCIAS COBRAN MUCHO MENOS EN USA, Y SOBRE LAS FOTOS FALSAS DE ARTISTAS. TODO ESTO LO CONSIGUES EN GOOGLE SI HACES UN BUEN SEARCH.

BOICOT ALAN TRUDEAU

ENGLISH:

ALAN TRUDEAU IS A SCAM ?
Is it REAL or misled youth and parents?
Judge of his own accord !

We refer to an individual who has stolen the money and the illusion of thousands of talent (actors, models, singers and dancers ) for over 10 years. A two-faced person who tries to be a good Samaritan by fanaticism do not see reality . I'm talking of course an actor / model and talent agent Alan Trudeau , who promises talents go to IMTA (International model and talent asociation ) , to cost $ 7,000 , and press, and threat to the talents quickly to pay that amount meet their needs, but the boot and they mentioned that IMTA is once, which is a lie .

FIRST: Which IMTA does not cost $ 7,000 . It costs less than half . The competencies are $ 85, you get a discount hotel super cheap . IMTA 's money is paid when you register the week traveling. We know this is a business but this is a ridiculous cost . ** All this information was taken from parents and asked investigating officer personnel .

SECOND : ARTISTS WITH HOLLYWOOD PICTURES ? This public photos hollywood artists ( Angelina Jolie , Will Smith etc) are false to be the most important in PR . In the industry. Those pictures you will do on the hollywood boulevard . Another deception for young From this evidence make a google search and find all the people who have that same photos .

THIRD : FREE SHOOTINGS ? EYE GIRLS! Give shootings because he has no other . Nobody buys your photos. Find Indian



**Ripoff Report LEGAL DIRECTORY**

**Business's (11)**

**Lawyers and Law Firms (5312)**

- Administrative Law (11)
- Admiralty & Maritime Law (27)
- Agricultural Law (2)
- Alternative Dispute Resolution (10)
- Antitrust & Trade Regulation (1)
- Appellate Practice (72)
- Aviation & Aerospace (11)
- Banking Law (90)
- Bankruptcy (380)
- Business Law (232)
- Civil Rights (55)
- Class Actions (30)
- Commercial Law (13)
- Communications Law (1)
- Constitutional Law (1)
- Construction Law (83)
- Contracts (7)
- Corporate Law (75)
- Criminal Law (668)
- Debtor & Creditor (51)
- Education Law (14)
- Elder Law (77)
- ElectionCampaign & Political (0)
- Eminent Domain (5)
- Employee Benefits (7)
- Energy (0)
- Entertainment & Sports (17)
- Environmental Law (43)
- Family Law (13)
- Finance (0)
- Government (14)
- Government Contracts (2)
- Health Care (1)
- Immigration (482)
- Indians & Native Populations (1)
- Insurance (90)
- Intellectual Property (526)
- International Law (33)
- International Trade (0)
- Internet Law (7)
- Investments (1)
- Labor & Employment (12)
- Legal Malpractice (92)
- Litigation (20)
- Media Law (1)
- Medical Malpractice (13)
- Mergers & Acquisitions (0)
- Military Law (5)

PAPS CONSTRUCTION INC
She's a Ripoff Artist! Ran off with
~~~~~~~~~~~~~~~~~~~~~~~~~~
held. Not sure Dom. Republic

AJK Tours Arad Jammu Kashmir Tours AJK Tours complains related to inadequate transportation and false claims Islamabad Internet



Pannaz Nazari Zadeh Pan Nazari Zadeh Pen Nazari Dr Pannaz Nazari Zadeh Pear Consuela Bear Pear Bear Federal Prison Employee who breaks terms of contracts
Tallahassee Florida



MDG False advertising and Faulty computers Delaware Nationwide



Bonnie "Bonni" Combs bonnie combs, chretienne ouelette, comotised, pixie maguire,
daily krystal, tulsa, oklahoma, fraud, scam, con artist, theft, harassment, stalking, threats, Tulsa Oklahoma



Samantha Jane Ashby FRAUD - Identity Theft - THEFT - AGGRAVATED 1st Degree Yakima
Washington, Bend OR, Trout Lake Oregon Nationwide



Russell took 200 dollars from me Iowa Massachusetts



RACHEL REEDY ROCKSTAR DETAILING LLC Rachel Reedy had hired several contractors and refused to pay them.
SCOTTSDALE Arizona



Earth Works Landscaping (Jesse James Jones) James Jones Total rip off. Did not the work as
discussed and never finished the project. Took the money & ran! Greenwood Indiana



PIC Construction / EPCON Construction REVIEW
Customer Satisfaction Commitment
PIC Construction dba EPCON

---

girls because he likes nude photos and ends asking them. Read It Here Now!

FOURTH : WHO REALLY IS ALAN TRUDEAU ? He began as an actor and model. He has worked in several films but we have always seen as " EXTRA" never see him talking in the movies coming out . His whole career was made in Puerto Rico . Does your preparation? Never went to school . Imagine that your photos are so in- professionals who do not know them well retouching . We see pictures vulgar ? Hollywood actor ? By God ! IS A FRUSTRATED ACTOR AND MODEL ! You are looking for people to accept . Everything is his name ! And his name and is recognized in the industry ! Just as rascal money largest in Puerto Rico talents . A great pity . Always plays the victim ! DO NOT TAKE FOR Fanaticism . A talent agent not do that.

FIFTH: What about after talent IMTA ? Many move to out of their own volition . As agent only tracks never think more and more talents fall of BOOBIES ! Great pity.

SIXTH: " ONLY MAKE MONEY IF CONTRACT " : FALSE. WIN FROM THE FIRST TIME YOU PAY FOR.

YOU CAN TRUST A GUY MAKES THESE THINGS AND NOT FAIR . HAVE BEEN THINKING IF YOUR DOCUMENTS ARE ANOTHER LIE AND ASSEMBLY ? Fanaticism WELL BUT THIS IS ANOTHER REALITY . IMTA IF AN EXPERIENCE FOR TALENT AND PARENTS THAT AMOUNT BUT IT COSTS ! THOUSANDS OF PARENTS MAKE THINGS TO SELL THEIR SACRIFICES THOUSANDS OF KNOWING THAT HAVE TO TRAVEL TO PAY . IS AN ABUSE .

It is important to make it alert so that people will not fall for dumb and can undergo a boycott against this individual who has stolen the illusion of thousands of people . We can not allow people like liar and cheat damage the illusion of our youth. Your website is seen all over the world, the alert will thank the people of PR .

IN THIS MESSAGE SEVERAL TESTS IN PICTURES : HOTEL COST ORIGINAL / OTHER AGENCIES CHARGE MUCH LESS IN USA , AND ON THE FAKE PHOTOS ARTISTS . WHAT YOU GET ALL THIS IN GOOGLE IF YOU DO A GOOD SEARCH BOYCOTT ALAN TRUDEAU

---

- Natural Resources (10)
- Occupational Safety & Health (0) 
- Personal Injury (842)
- Products Liability (21)
- Professional Liability (0)
- Real Estate (361)
- Securities (169)
- Taxation (142)
- Technology & Science (0)
- Toxic Torts (0)
- Transportation (2)
- Trusts & Estates (368)
- White Collar Crime (1)
- Wills & Probate (7)
- Workers Compensation (242)
- Zoning, Planning & Land Use (10)

**Legal Services (32)**

- Arbitrators/Mediators (7)
- Automotive Expert Witnesses (0)
- Bail Bonds (0)
- Court Reporters (1)
- Electronic Data Discovery (1)
- Expert Witnesses (1)
- Forensic Experts (1)
- Jury Selection (0)
- Legal Assistants (8)
- Legal Speakers (2)
- Litigation Support (2)
- Medical Expert Witnesses (1)
- Other (14)
- Paralegal (5)
- Private Investigators (6)
- Process Servers (7)
- Translators/Interpreters (0)

**Miscellaneous Business Services (19)**

Construction is dedicated to 100% customer satisfaction. PIC Construction has cultivated strategic processes ensuring clients' success, focusing on creating solutions maximizing clients' expectations in projects & ventures. *UPDATE: Recognized by Ripoff Report Corporate Advocacy Program as a safe business service – PIC Construction dba EPCON Construction pledges to always resolve any issues, feel safe, confident & secure when doing business with PIC Construction dba EPCON Construction, recognized by Ripoff Report Verified™ as a safe business service.

Read It Here Now! 


Charlotte Ringwood Accomplice dating fraud misrepresentation stalking harassment Rhode Island Internet


Perfect Origins by Dr. Charles Livingston D.C. refused to honor their 100% satisfaction guarantee 60 day return policy Internet


The Cover Factory ebay seller, multiple vendors Five Layer car cover is paper thin and rotted 3 weeks after purchase Internet


Heather L Yasolsky Heather Hastings Unethical treatment of client, harassment, stalking, slander Clearfield Pennsylvania


Septic MAXX, American MAXX, and Universal Administrators Scammed and Mad as Hell but we'll bring them to justice! Del Ray Beach Florida


MedLaserDepot Review MedLaserDepot 100% dedicated to customer satisfaction. MedLaserDepot sells quality pre-owned medical equipment, medical lasers, & cosmetic lasers & equipment. MedLaserDepot has renewed vigorous attention to customer service, customer satisfaction. MedLaserDepot raised standards to meet new challenges of industry with new customer advocacy program, new management incentive, & dedication to satisfying all customers. Selling good equipment starts with BUYING good equipment. MedLaserDepot's depth of relationships within industry, allows choice of best equipment for resale. Ensuring customers get very best equipment available on today's market.

 Cooks Collision, San ~~Francisco~~ Insurance Fraud, Gross Negligence, Failure to Consent, Misrepresentation San Leandro California

Read It Here Now! 

 60 Minutes Australia, Mi9, NineMsn, Michael Roberts, Hannah Boocock, Danny Keens, Michael Usher, Hal Crawford, Matt James, Alex Parsons, Mark Brat, Krista Parcell, Tracey Richter Fake News Stories \ Paying For Story Ideas Made to look like reporting \ Video News Release's Made To Look Like actual Reporting, journalistic integrity at its worst. Australia

 Silktex LLC REVIEW Customer Satisfaction Commitment. Silktex LLC is dedicated to customer satisfaction, Silktex LLC implemented strategic changes to ensure customer satisfaction, focusing on green productions strategies. San Pedro California, Manila, Philipinnes, Hang Zhou, China *UPDATE Recognized by Ripoff Report Corporate Advocacy Program as a safe business service – Silktex LLC pledges to always resolve any issues, feel safe, confident & secure when doing business with Silktex, LLC. Silktex, LLC recognized by Ripoff Report Verified™ as a safe business service.

 EPCON Solar, PIC Construction REVIEW: PIC Construction dba EPCON Solar's key factors to success is reputation for integrity, fair dealings. EPCON Solar's reputation continues to be most valuable asset looking forward to years of growing business. EPCON Solar's core values are honesty, integrity, respect, team work, commitment, & passion to clients vision for every project undertaken. EPCON Solar delivers on contracted jobs.

 Shawn Inman Backyard Breeder that sells SICK puppies Bossier City Louisiana

### Ripoff Report In the Media

 Ripoff Report on CBS 19

 Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shoppers

Read It Here Now!




Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

See more videos

Special Features



WHAT YOU NEED TO KNOW ABOUT THE BBB. NOT a government agency as listed in your local phone book. Instead the BBB is a private non-profit / franchise operation. 20/20 exposes the BBB. Hamas Terror Group Gets 'A' Rating - BBB is running a "pay for play" scheme.



all businesses receive complaints...

donate now
help keep this site free



Ripoff Report Legal Ads

Ripoff Report Legal Directory


Thank you!

Read how Ripoff Report saves consumers millions

Read It Here Now! 

This report was posted on Ripoff Report on 02/10/2014 11:08 PM and is a permanent record located here: http://www.ripoffreport.com/r/Alan-Trudeau/nationwide/Alan-Trudeau-Alan-Trudeau-AT-Fashion-Models-and-Talents-Alan-J-Trudeau-Boicot-Alan-T-1122669. The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report.

Click Here to read other Ripoff Reports on Alan Trudeau

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

Alan Trudeau        [ Search ]
                    (?) Search Tips

### Report & Rebuttal

**Respond to this report!**  **Also a victim?**  **Repair Your Reputation!**

[ File a Rebuttal ] (?)   [ File a Report ] (?)   [ Get Started ] (?)

### Arbitrate
**Remove Reports?**
No! Better yet! Arbitrate to set the record straight!



loading
Close

**Ripoff Report**



**Ripoff Report**

| Home | File a Report | Consumer Resources | Search | Link to Ripoff Report | Customer Support for Technical Issues | General Questions and Suggestions |
| Privacy Policy | Terms of Service | FAQ | About Us | Why Ripoff Report will not release author information! |
| Thank You Emails! | Corporate Advocacy Program: How to repair your business reputation. | Ed Magedson - Ripoff Report Founder |
| Want to sue Ripoff Report? | Donate to our Legal Defense | BadBusinessBureau.com |

Copyright © 1998-2014, Ripoff Report. All rights reserved.