

Alan Joseph Trudeau <models7777@gmail.com>

## new app - cooperate advocacy program - Alan Trudeau - 2 Reports? / A.T. FASHION MODELS PUERTO RICO ?

1 message

**Ripoff Report** <EDitor@ripoffreport.com>
To: Alan Joseph Trudeau <models7777@gmail.com>

Wed, Apr 16, 2014 at 5:46 PM

http://www.ripoffreport.com/reports/specific_search/Alan%20Trudeau

Good Afternoon  Alan,

Thank you for your interest in the Corporate Advocacy Program..

We are your first line of defense on the Interent.
**The only ones that can fix Ripoff Report, is, Ripoff Report ... with your commmitment to customer satisfaction..**

Please fill out this application below – I will send you the rates immidiatly .. with an estimate of the costs for you.
Please understand, not every business qualifies for this program – you will see below the questions as ask.
If there are questions down below you don't know the answer to, just skip them.

Before you get to the questions, I want you to see the newest way we handle the existing Reports about your business.

**If the Reports are false, we will expose them for what they are. Google / all search engine listings should change from a negative to a positive!** see the way  this company looks on Ripoff Report now.

**RR Auctions Listing** on Google, then click on Ripoff Report after you've seen how great Google looks.
https://www.google.com/#q=rr+auction+reviews  B see the RED TEXT before you get to the original Report that was posted, once you've clicked onto Ripoff Report from the Google LINK.
This is the new way most Search Engines should look, depending on the business, .. for Ripoff Report Corporate Advocacy Program members.

**See Dr Kevin Sands DDS  LINK below ..**
Scroll down after the REVIEW we did –
Depending on the Report as to what is claimed, this is what we do to the Report.
https://www.google.com/#q=dr+kevin+sands+reviews   B look at the listing, then click on the Report – see the text in RED before the original Report. You will first see over 1,200 words about the business with photos and Videos before the negative review.. !

We do a mailing to everyone that posted a complaint about your business so you can make things right with them. – if they don't respond, we expose them! You get to know who posted the Reports about your business and fix everything with in reason.

All businesses make mistakes .. how they take care of those mistakes is what separates good businesses from the rest.

if you don't like to read, ..

**Watch these short videos that will explain it all – then down below is our application..**
Let all 3 videos play, they will just loop around – they will take about 5 minutes to watch all 3



http://www.youtube.com/watch?v=jtlrSNwWgtA&feature=c4-overview&list=UUW8yIcaH02kSXWspYGirX_w

===========================

Ripoff Report will be your first line of defense on the Internet..

If you have already read all about the Corporate Advocacy Program on this link http://www.ripoffreport.com/CorporateAdvocacyProgram/Change-Report-From-Negative-To-Positive.aspx

and already SOLD on the program.. then please skip down the the area that says
**Please answer all 20 questions below ...**

Respond to the questions .. Hit reply to all .. so we can send you the RATES to the program.

**See a list of some of our members below –** click on those links to see how they look now on search engines... or, just respond to the questions below.

"**Corporate Advocacy Business Remediation and Customer Satisfaction Program** .. *A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business.* ..yes, a long name for a program that does a lot for both consumers and businesses alike.

# 1.. Just hit reply to this email so this entire email string is included.
# And answer the questions below to see if your business qualifies

If you are not using HTML email we will not respond. You must be able to see COLOR, LINKS and other images to continue.
DO not transfer this email into a WORD DOC or to anywhere else – it will create FRAMES and we will not be able to go forward.
============================

NOTE – once we inject our positive comments into the Report (before the negative comments) about your company's commitment to customer satisfaction and explain why the complaint happened, letting everyone know about improvements you've made to avoid problems in the future, and satisfaction..

Right after you sign up... we send you an email introducing you to the company that will be out to your business.. we send out an independent professional person to take photos and to review your business within 24 to 72 hours of singing up.. Within 5 business days// (you still submit content as to what you want to see posted about your business, see below)

Many of our Verified Business members are fortune 500 companies or a fortune 100 company..

If interested – fill out the form below ... We will send you the costs. The costs are the same for everyone.

# Please answer all 20 questions below ...

Responding to the questions below is a must.
We do not share this information with anyone. We are here to try and assist you.

It is imperative to be completely honest in responding to All the questions.

PUT RESPONSE BELOW EACH QUESTION -
YOU MUST RESPOND TO EVERY QUESTION

*Legal name of your company:
*Name of person filling out this form:
*Are you the Owner?:
*Position in Company:
*Business Contact Information
*Address 1:
*Address 2:
*City:
*State:
*Zip:
*Phone Number:
*CELL number:
*Email address:

1a...What kind of service or product do you sell ?..

1b... List all the different names you or your company operates under now:

1c .. What is the average sale (Dollar amount) of your product or service?

   List the names you've operated under in the last 7 years.


2.  Number of Offices:

3.  State(s) of Operation:

Below, list the amounts of Reports Filed under each name you use.
Below, give us the number of complaints filed about each company name.

EXAMPLES, HOW TO FILL OUT LIST BELOW:
Number of Reports and company name: XYZ Company = 15 Reports
Number of Reports and company name: ABC Company = 02 Reports

Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:
Number of Reports and company name:

_____

4. Years in Business?

5. Have you ever been sued, if so, how many times?

5.b .. Have you ever used any kind of SEO Service ?

We would be curious to know how much money this cost you over what period of time?
What Service did you use?
((*You don't have to answer the questions above in RED.. this would be helpful to us to try and help business to NOT get ripped off.* ))

BEFORE WE ASK MORE QUESTIONS = IMPORTANT NOTE ABOUT THE NEXT GROUP OF QUESTIONS BELOW: it is always important to be up front and honest in answering ALL the questions.  *We've all made mistakes in the past, and we know that does not necessarily reflect your business practices today.  Your honest answers to these questions will help us to help you with public relations / damage control, and to stop negative publicity, a major part of what we deal with for a member business... If we do not address this kind of stuff now, it will only come back to bite us all later.. always best to be up-front and honest..*

*And yes, it's to also make sure a member business does note start doing the same thing over again. .. In most cases it makes no difference what individual or company did in the past... what is most important, is what the member business is doing to make up for past complaints, and what improvements they are going to make to avoid the same mistakes in the future.. So many people ask us, .. why do you deal with such bad people who have a bad past, .. and we tell them, because, 1.. if we did not let them join the CAP program, those who made mistakes in the past would just change their name and continue their bad behavior. .2.. now that they are on the program they MUST, and have to live up to what they gave to us in the Investigative Report that we post about them.. The program forces a company with bad practices to make things right from the past and keeps them from doing things bad in the future. Without our program, no one would be able to show how giving them a second chance was the right thing to do. And, to date, most have changed their ways..*

*Yes, .. many people and their companies are falsely accused by people who want to just ruin their reputation.. We cannot control what people do to others.. With or without Ripoff Report existing, they would just go somewhere else to post negative things, and they do! ... Lucky for those that understand that we have this program to help set the record straight, and help debunk negative comments they will post elsewhere ..*

*ALSO... We do not share your answers to these questions with others and we do not write stories about companies. We are here to help you now or in the future..*


## MORE QUESTIONS:

A.. Has your company or a related company ever been investigated by a government agency, now or in the past? If yes, please explain.

B... Has any principal or stockholder or employee of the company ever been investigated by any government agency in connection with the same or similar goods or services as your company currently provides ?

C... If yes to the above, identify the principal, stockholder or employee and explain what happened.

D... Have any principals of your company been convicted of a felony in the past 10 years? If yes, please explain.

6. What is the average sale (Dollar amount) of your product or service?

_____More Questions below_____

PUT RESPONSE BELOW EACH QUESTION –
YOU MUST RESPOND TO EVERY QUESTION

7. Explain what the common Complaint about your company is?

8. Explain about improvements you've made to avoid these complaints in the future?

9. Do you accept responsibility for complaints filed about you?

10. Are you willing to make things right with customers from the past?

11. Even if you think you or your company didn't do anything wrong and you feel the customer complained about your business wrongfully, but, the customer feels in their mind, they did not get what they bargained for…
QUESTION: Is your company willing to go beyond the call of good customer service and do what it takes to make things right with them?

12. Explain changes you've made to your Business Practices to avoid complaints in future.

13. Did you first try to file a pleasant / consumer friendly rebuttal to each report ?
    (If your answer is NO, .. you should immediately post a rebuttal to each report. Best to now post to more than 1

    Reports ever 3 hours. Be pleasant and none combative. )

14. Do you know who posted the Report(s) about your company?

15. Have you reached out to any of them, please explain?

16. Why are you interested in the corporate Advocacy Program, and how do you think it can benefit you?

17. How did you find out about the Corporate Advocacy Program?

18. Describe what your business is, product or service?

19. Tell us why your business is better than your competitors?

20. Do you belong to any consumer type organization like the BBB ?

    If so, what do you like best or dislike about the organization as to what they do or don't do?

Once you've submitted this form, **we will send you back the RATES
information, ..** once we go over your application to see if you qualify..
The rates are the same for everyone – just depends on the amount of Reports you have / Store locations you have and the amount
of Reports you have, this all caculates the cost of the program.

Gmail - new app - cooperate advocacy program - Alan Brodeur - 2 Reports? A.F. FASHION MODELS PUERTO RICO?

Case 3:14-cv-01740-DRD   Document 4-5   Filed 10/01/14   Page 5 of 7

Page 5

## See the LINKS below to many other businesses that are now Ripoff Report Verified™ … businesses consumers will trust.

This program now Includes the use of the Ripoff Report Verified Logo..
This logo lets consumers know that they are doing business with someone they can trust.



**Ripoff Report Corporate Advocacy Business Remediation & Customer Satisfaction Program,.** *A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business. . ..*yes, a long name for a program that does a lot for both consumers and businesses alike.

ED Magedson - Founder
EDitor@RipoffReport.com
www.ripoffreport.com

a Worldwide Consumer Reporting News Agency
..by consumers, for consumers



PO BOX 310, Tempe, AZ 85280
602-359-4357 when selection starts, press 5 ...then, three seconds later press 1... Say who you are!

**Our mission:**

- *empower* consumers

- *defend* the First Amendment

- *expose wrongdoing*

- help companies *regain control*

*Do for others as you would want them to do for you*
ED Magedson: Founder, Ripoff Report

Follow **Ripoff Report** on Twitter
Follow me, **Ed Magedson**, on Twitter

Find us on Facebook

============== More on the program if you want to know more ===============

## Here are some of our members --
## See how they look on search engines now.. …just click on the links!

Dr Kevin Sands DDS

dr michael k obeng

Off Lease Only -- auto sales

Lucas Car Care

Philip Tirone

International Acquisition Group

Enterprise Relief Services

Armstrong Steel

Commercial Capital Training Group

Ry Holland Fielder

Florida Mens Medical Clinic

Stealth Solar Review

C&R Boger Construction

Jasper Contracting

Blue Coast Financial

### Even companies with NO complaints use Ripoff Report to get to the top of the search engines:
Why does this work? Because consumers look for what might be negative.
Ask them if this listing gets them new found business!

## Google: More Tactical

### Google: Wilenchik and Bartness PC

https://www.google.com/#q=signature+tax+service&revid=62084510

https://www.google.com/#q=corporate+business+solutions+

https://www.google.com/#q=Huntington+Copper+

This is the best way to manage your reputation" .. anyone who wants to complain will likely come to us first when they see what we featured about your business because Ripoff Report is at the top of the search engines. And, who is not going to want to read something called **Ripoff Report Verified™**
That's right, Verified .. keep reading to understand how we verify you're your business as a Safe Business Service consumers can trust.

**New complaints will not get posted,** .. because you will make it right with them. (everything within reason)
If the Report is false, or posted by an ex-employee or competitor and the author does not respond, .. there will be nothing for you to do, so, <u>the Report will never get posted.</u>

### The Corporate Advocacy Business Remediation and Customer Satisfaction Program..

*An extension of your customer service

*Your first line of defense on the internet so you don't get new complaints

*Advertising and PR like no one else could ever do for you..

The only way to fix your reputation, <u>once and for all..</u>

If you don't want to read much - See the 3 links highlighted in Yellow right below .. then you will know if you want to read further.

Then you should go down below and fill out the Questions to see if you qualify for the program. That's right, we don't accept every business onto the program. Answering our questions down below is most important..

This is THE best advertising you could ever do, as we repair <u>ALL the listings on search engines</u> from a negative to a positive, .. with the member businesses commitment to customer satisfaction - - if the existing Reports are false, they will be exposed as such. With your commitment to customer satisfaction, we will be able to change the negative Reports into a positive, making you look great. Potential customers now know more about you than your competitor. Consumers love to do business with those than show how they made changes to avoid complaints in the future. Who wouldn't want to business with someone that made things right with customers from the past?

We all read a 2 star Review first before reading a 5 Star Review.
Most consumes will click on something called Ripoff Report first.

Case 3:14-cv-01740-DRD   Document 4-5   Filed 10/01/14   Page 7 of 7

look at the newest way our REVIEWS look --
Here it is on Google and then click on any of the Ripoff Reports, .. see how the REVIEWS look
https://www.google.com/#q=RR+Auction+reviews

NOTE: *and, if you have complaints on Pissedconsumer... if, for some reason they come before Ripoff Report on a search... and the business (like yours) is a member of one of our programs,... at our request, they should be removing it at our request. Why? .. this was part of an out of court settlement when Ripoff Report caught them stealing thousands of Reports... to date, they have honored that agreement.*

Down below we do have questions to ask, so we know more about your business, to see if your business is really right for the Corporate Advocacy Program...
Not every business is accepted to the Corporate Advocacy Program. The businesses response to the questions below are most important.

Watch these short videos that will explain it all -- then fill out our application...

à watch this
http://www.youtube.com/watch?v=jtlrSNwWgtA&feature=c4-overview&list=UUW8yIcaH02kSXWspYGirX_w



See down below a list of many business with AND with OUT complaints -- see how they look on search engines now after making their commitment to customer satisfaction..

Like this fortune 500 company Primerica -- they have been a member for over 8 years now..
See here how they look on Google https://www.google.com/#q=primerica+complaints&revid=1991086140   many more down below.

This program now includes the use of the **Ripoff Report Verified™** Logo..
This logo lets consumers know that they are doing business with a business they can trust.


...businesses you can trust!

Ripoff Report Verified™ ...   part of Ripoff Report Corporate Advocacy Business Remediation & Customer Satisfaction Program,. *A program that benefits the consumer, assures them of complete satisfaction and confidence when doing business with a member business. . ..yes, a long name for a program that does a lot for both consumers and businesses alike.*

Click here or click the logo / this would be your commitment to customer satisfaction .. http://www.ripoffreport.com/VerifiedSafe.aspx

**From:** Alan Joseph Trudeau [mailto:models7777@gmail.com]
**Sent:** Wednesday, April 16, 2014 1:56 PM
**To:** EDitor@ripoffreport.com
**Subject:** cooperate advocoy program

Report: #1080720

Alan Trudeau

A.T. FASHION MODELS PUERTO RICO

Please send me info thanks...